# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:06CR165

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| PHILLIP EUGENE FORREST ) | |

**THIS MATTER** is before the Court on the Government's motion to reduce Defendant's sentence pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure.

For the reasons stated therein,

**IT IS, THEREFORE, ORDERED** that the Government's motion is **ALLOWED**, and the Defendant's sentence is hereby reduced from a term of 63 months imprisonment to a term of 51 months imprisonment, with all other terms and conditions of the Judgment of Conviction to remain in full force and effect. The Clerk of Court shall prepare an amended Judgment in accordance with the terms herein.

The Clerk is directed to transmit this Order electronically to the United States Attorney, defense counsel, the United States Marshal, the United States Probation Office, and to the Warden of the federal correctional facility where the Defendant is currently imprisoned; a copy of the Order shall be mailed to the Defendant.

Signed: May 16, 2008

Lacy H. Thornburg
United States District Judge